UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
FRANCIS BROOKE AND FMB ENTERPRISES, LLC

                Plaintiffs,

        -against-

COUNTY OF ROCKLAND; STEVEN HEUBECK, DIRECTOR OF ROCKLAND COUNTY POLICE ACADEMY IN HIS OFFICIAL AND INDIVIDUAL CAPACITY; COUNTY OF ROCKLAND SHERIFF'S DEPARTMENT; POLICE CHIEFS' ASSOCIATION OF ROCKLAND COUNTY; SHERIFF LOUIS FALCO, COUNTY OF ROCKLAND SHERIFF'S DEPARTMENT, IN HIS OFFICIAL AND INDIVIDUAL CAPACITY; UNDERSHERIFF ROBERT VAN CURA, COUNTY OF ROCKLAND SHERIFF'S DEPARTMENT, IN HIS OFFICIAL AND INDIVIDUAL CAPACITY; SPRING VALLEY POLICE CHIEF PAUL MODICA, IN HIS OFFICIAL AND INDIVIDUAL CAPACITY; PIERMONT POLICE CHIEF MICHAEL O'SHEA, IN HIS OFFICIAL AND INDIVIDUAL CAPACITY; ORANGETOWN POLICE CHIEF KEVIN NULTY, IN HIS OFFICIAL AND INDIVIDUAL CAPACITY,

                Defendants.
------------------------------------------------------------------ X

**NOTICE OF APPEARANCE**

17 Civ. 3166 (JGK)

      Defendant **ORANGETOWN POLICE CHIEF KEVIN NULTY**, hereby appears by and through his attorneys, Jaclyn G. Goldberg, Esq., Keane & Beane, P.C., 445 Hamilton Avenue, White Plains, New York 10601

Dated:   White Plains, New York
            May 23, 2017

                                          **KEANE & BEANE, P.C.**

                                By: _/s/ Jaclyn G. Goldberg_
                                   Jaclyn G. Goldberg
                                   Attorneys for Defendant
                                   Orangetown Police Chief Kevin Nulty
                                   445 Hamilton Avenue, 15th Floor
                                   White Plains, New York 10601
                                   (914) 946-4777
                                   jgoldberg@kblaw.com

TO:   Bryan D. Glass, Esq.
           GLASS KRAKOWER, LLP
           Attorneys for Plaintiffs
           20 Broadway, Suite 1
           Valhalla, NY 10595
           (914) 836-1386
           (VIA ECF)