# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

FRANCIS BROOKE, et al.,

                Plaintiffs,                17 **CIVIL** 3166 (PMH)

      -against-                      **JUDGMENT**

COUNTY OF ROCKLAND, et al.,

                Defendants.

-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated March 3, 2021, the Court GRANTS Defendants' motions for summary judgment dismissing Plaintiffs' First Amendment retaliation claim against the Defendants. The Court declines to exercise jurisdiction over the remaining claim of defamation against Heubeck and dismisses same without prejudice; accordingly, the case is closed.

**Dated:** New York, New York
         March 3, 2021

                                                        **RUBY J. KRAJICK**
                                                        Clerk of Court

**BY:**
                                                          Deputy Clerk