**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
FRANCIS BROOKE, et al.,

                      Plaintiffs,

      -against-                              17 **CIVIL** 3166 (PMH)

## JUDGMENT

COUNTY OF ROCKLAND, et al.,

                      Defendants.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo Endorsed Order dated March 4, 2021, final Judgment is entered dismissing this action as to all Defendants (County of Rockland, Heubeck, Police Chiefs' Association of Rockland County, Falco, Van Cura, Modica, O'Shea, Nulty, and the County of Rockland Sheriff's Department).

**Dated:**  New York, New York

      March 4, 2021

                                                                       **RUBY J. KRAJICK**

                                                                       **Clerk of Court**
                                    **BY:**      K. Mango
                                                                       **Deputy Clerk**